153 So.2d 414

**William M. WILSON and Mildred Copeland Wilson, his wife,**

v.

**Jack L. HEARN and Maggie West Hearn, his wife.**

No. 46746.

June 4, 1963.

In re: Jack L. Hearn and Maggie West Hearn, his wife applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 150 So.2d 911.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

153 So.2d 415

**Eula Buxton WILLIS**

v.

**Sam CLOUD.**

No. 46761.

June 4, 1963.

In re: Sam Cloud applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Allen. 151 So.2d 379.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.